IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROSS & BARUZZINI**, **INC.**,

Plaintiff,

v.

**THE ESTOPINAL GROUP, LLC f/k/a
THE ESTOPINAL GROUP, INC.**,

Defendant.                                                         No. 12-0152-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 10, 2012, plaintiff filed an amended complaint (Doc. 33). Thus, the Court **DENIES as moot** defendant's combined motion to dismiss and memorandum in support (Doc. 10).

**IT IS SO ORDERED.**

Signed this 11th day of July, 2012.

Digitally signed by
David R. Herndon
Date: 2012.07.11
10:42:34 -05'00'

**Chief Judge
United States District Court**