IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSS & BARUZZINI, INC.,

Plaintiff,

v.                                   12-cv-00152-DRH

THE ESTOPINAL GROUP, LLC,
f/k/a THE ESTOPINAL GROUP, INC.

Defendant.

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge**

This matter comes before the Court for case management. Today, defendant filed a reply brief in support of its motion for summary judgment (Doc. 49). The reply brief violates Local Rule 7.1(d) in that it is over 5 pages in length. Local Rule 7.1(d) provides in part:

> Reply briefs shall not exceed 5 pages. Requests for additional pages are not allowed.

Thus, the Court **STIRKES** defendant's reply brief (Doc. 49).

**IT IS SO ORDERED.**

Signed this 7th day of March, 2013.

Digitally signed by
David R. Herndon
Date: 2013.03.07
13:45:16 -06'00'

**Chief Judge**
**United States District Court**