## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**ROSS AND BARUZZINI, INC.**,

    **Plaintiff,**

v.

**ESTOPINAL GROUP, LLC**
*f/k/a Estopinal Group, Inc.*,

    **Defendant.**                                    No. 12-cv-152-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment filed on January 18, 2013 (Doc. 41).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary entered on September 18, 2013 (Doc. 55), Judgment is entered in favor of defendant, The Estopinal Group, LLC and against plaintiff, Ross & Baruzzini, Inc.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT

                                                    BY: /s/*Sara Jennings*
                                                            Deputy Clerk

Dated: September 18, 2013

Digitally signed by David R. Herndon
Date: 2013.09.18 14:24:54 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT